# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES MARK HINKLEY, a/k/a
JAMES HINKLEY,

                Petitioner,         JUDGMENT IN A CIVIL CASE

         v.

STATE OF WASHINGTON,

                                        CASE NUMBER: CV-10-5119-JPH

                Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED under Rule 4, Rules Governing Section 2254 cases.

November 12, 2010                                     JAMES R. LARSEN
*Date*                                                           *Clerk*

                                                            s/ Renea Ferrante
                                                            *(By) Deputy Clerk*

                                                            Renea Ferrante