UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES MARK HINKLEY, a.k.a. JAMES HINKLEY,<br><br>                Petitioner,<br><br>vs.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | NO. CV-10-5119-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR CERTIFICATE OF APPEALABILITY |

Magistrate Judge Hutton filed a Report and Recommendation on November 29, 2010 (Ct. Rec. 17), recommending Mr. Hinkley's *pro se* Motion for Certificate of Appealability be denied as moot because the District Court already determined there was no basis upon which to issue a Certificate of Appealability (Ct. Rec. 11). There being no objections, the court **ADOPTS** the Report and Recommendation. The Motion for Certificate of Appealability is **DENIED as moot.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Petitioner and close the file.

**DATED** this ___23rd___ day of December, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING MOTION FOR CERTIFICATE OF APPEALABILITY -- 1